# UNITED STATES DISTRICT COURT
## OFFICE OF THE CLERK
## DISTRICT OF NEVADA

LLOYD D. GEORGE U.S. COURTHOUSE
333 LAS VEGAS BOULEVARD SOUTH
LAS VEGAS, NEVADA 89101
(702) 464-5400

| | |
|---|---|
| LANCE S. WILSON<br>DISTRICT COURT EXECUTIVE/CLERK | CYNTHIA JENSEN<br>CHIEF DEPUTY CLERK, LAS VEGAS |
| | JAKE HERB<br>CHIEF DEPUTY CLERK, RENO |

November 13, 2016

Clerk, U.S. District Court
Western District of Washington
700 Stewart St   Ste 2310
Seattle, WA 98101
CriminalTransfer_WAWD@WAWD.uscourts.gov

RE:    USA v. Baltazar Reyes Garcia
       Your Case No. 2:16-cr-00287-JLR
       Our NVD Case No. 2:16-mj-00736-CWH

Dear Clerk:

Please be advised that the above-referenced defendant was arrested in the District of Nevada (Las Vegas) on a warrant issued by the Western District of Washington and appeared before The Honorable Carl W. Hoffman, United States Magistrate Judge, on November 3, 2016.

The Defendant has been detained and remanded to the custody of the United States Marshal for transport to the Western District of Washington.  Enclosed are all documents completed in this district.

Thank you.

LANCE S. WILSON, Clerk
United States District Court


/s/ M. Morrison
Deputy Clerk


Enclosures